

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Eddie Ray Charles v. The State of Texas

Appellate case number:    01-19-00725-CR

Trial court case number:    16-DCR-075041B

Trial court:                400th District Court of Fort Bend County

Appellant, Eddie Ray Charles, has filed his first motion to extend time to file his brief by 90 days. Appellant's motion complies with the rules. *See* TEX. R. APP. P. 10.1(a), 10.5(b). Accordingly, we **grant** appellant's motion and extend his deadline by 90 days. Appellant's brief is due on or before **May 11, 2020**. **No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                        ☑ Acting individually    ☐ Acting for the Court

Date: February 13, 2020